# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
Alfred A. Arraj United States Courthouse
901 19th STREET
DENVER, COLORADO 80294

**MARCIA S. KRIEGER**  TELEPHONE: (303) 844-2289
UNITED STATES SENIOR DISTRICT JUDGE

# M E M O R A N D U M

**TO:**    Jeffrey P. Colwell, Clerk

**FROM:**  Senior Judge Marcia S. Krieger

**DATE:**  May 10, 2021

**RE:**    Civil Action No. 21-cv-01261-MSK
*Millennium Funding, Inc. et al v. Sharktech, Inc. et al.*

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.