# EXHIBIT A

# EXHIBIT A





# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0002197434
Search Results: Displaying 1 of 1 entries

***Angel Has Fallen.***

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002197434 / 2019-08-26 |
| **Application Title:** | Angel Has Fallen. |
| **Title:** | Angel Has Fallen. |
| **Description:** | Videocassette (HDCAM) ; 1/2 in. |
| **Copyright Claimant:** | Fallen Productions, Inc. Address: 318 N. Carson St., #208, Carson City, NV, 89701. |
| **Date of Creation:** | 2019 |
| **Date of Publication:** | 2019-08-21 |
| **Nation of First Publication:** | United Kingdom |
| **Alternative Title on Application:** | Olympus Has Fallen 3 |
| **Authorship on Application:** | Fallen Productions, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Previous Registration:** | 2017, PAu 3-917-080. |
| **Pre-existing Material:** | motion picture screenplay. |
| **Basis of Claim:** | Cinematographic material including performance, production as a motion picture, editing and all audio visual elements including photography, dialogue music and special effects. |
| **Names:** | Roman Waugh, Ric |
| | Fallen Productions, Inc. |



**Save, Print and Email (Help Page)**
Select Download Format  Full Record   Format for Print/Save



Enter your email address: [          ] [Email]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

```
 Type of Work:        Motion Picture

 Registration Number / Date:
                      PA0002197434 / 2019-08-26

 Application Title: Angel Has Fallen.

 Title:               Angel Has Fallen.

 Description:         Videocassette (HDCAM) ; 1/2 in.

 Copyright Claimant:
                      Fallen Productions, Inc.

 Date of Creation:    2019

 Date of Publication:
                      2019-08-21

 Nation of First Publication:
                      United Kingdom

 Authorship on Application:
                      Fallen Productions, Inc., employer for hire; Domicile:
                         United States; Citizenship: United States. Authorship:
                         entire motion picture.

 Alternative Title on Application:
                      Olympus Has Fallen 3

 Previous Registration:
                      2017, PAu 3-917-080.

 Pre-existing Material:
                      motion picture screenplay.

 Basis of Claim:      Cinematographic material including performance, production
                         as a motion picture, editing and all audio visual
                         elements including photography, dialogue music and
                         special effects.

 Names:               Roman Waugh, Ric
                      Fallen Productions, Inc.

================================================================================
```



**The Library has opened access to some reading rooms by appointment only. More. Library buildings otherwise remain closed to the public. More.**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PAu003917080
Search Results: Displaying 1 of 1 entries



*Angel Has Fallen.*

| | |
|---:|:---|
| **Type of Work:** | Dramatic Work and Music; or Choreography |
| **Registration Number / Date:** | PAu003917080 / 2017-09-19 |
| **Application Title:** | Angel Has Fallen. |
| **Title:** | Angel Has Fallen. |
| **Description:** | Print material, 110 p. |
| **Copyright Claimant:** | Fallen Productions, Inc., Transfer: By assignment. Address: 318 Carson St., # 208, Carson City, NV, 89701. |
| **Date of Creation:** | 2017 |
| **Alternative Title on Application:** | Olympus Has Fallen 3 |
| **Authorship on Application:** | Millennium Pictures, Inc. f/k/a A&T Pictures, Inc., employer for hire; Domicile: United States. Authorship: text. |
| **Copyright Note:** | C.O. correspondence. |
| | Basis for Registration: unpublished collection. |
| **Names:** | Millennium Pictures, Inc. |
| | A&T Pictures, Inc. |
| | Fallen Productions, Inc. |





Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

```
Type of Work:      Dramatic Work and Music; or Choreography

Registration Number / Date:
                   PAu003917080 / 2017-09-19

Application Title: Angel Has Fallen.

Title:             Angel Has Fallen.

Description:       Print material, 110 p.

Copyright Claimant:
                   Fallen Productions, Inc., Transfer: By assignment.

Date of Creation:  2017

Authorship on Application:
                   Millennium Pictures, Inc. f/k/a A&T Pictures, Inc.,
                      employer for hire; Domicile: United States. Authorship:
                      text.

Alternative Title on Application:
                   Olympus Has Fallen 3

Copyright Note:    C.O. correspondence.
                   Basis for Registration: unpublished collection.

Names:             Millennium Pictures, Inc.
                   A&T Pictures, Inc.
                   Fallen Productions, Inc.

====================================================================================
```

Case 1:21-cv-01261-SKC   Document 18-1   Filed 07/12/21   USDC Colorado   Page 8 of 16

7/9/2021      WebVoyage Record View 1



The Library has opened access to some reading rooms by appointment only. More. Library buildings otherwise remain closed to the public. More.

[Help] [Search] [History] [Titles] [Start Over]

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0002235557
Search Results: Displaying 1 of 1 entries

[previous] [next]



*Ava.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002235557 / 2020-04-07 |
| **Application Title:** | Ava. |
| **Title:** | Ava. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Voltage Holdings, LLC, Transfer: By written agreement. Address: 116 N Robertson Blvd, Suite 200, Los Angeles, CA, 90048, United States. |
| **Date of Creation:** | 2020 |
| **Date of Publication:** | 2020-04-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Eve Nevada, LLC, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Previous Registration:** | PAu003943693. |
| **Pre-existing Material:** | script/screenplay. |
| **Basis of Claim:** | all other cinematographic material, production as a motion picture. |
| **Rights and Permissions:** | Sarah Dunn, Voltage Pictures, 116 n robertson blvd, #200, #200, Los Angeles, CA, 90048, United States, (323) 606-7646, sarah.dunn@voltagepictures.com |
| **Names:** | Eve Nevada, LLC <br> Voltage Holdings, LLC |

[previous] [next]



**Save, Print and Email (Help Page)**
Select Download Format [Full Record ▾]  [Format for Print/Save]
Enter your email address: [_____]  [Email]

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0002235557 / 2020-04-07

Application Title: Ava.

Title:               Ava.

Description:         Electronic file (eService)

Copyright Claimant:
                     Voltage Holdings, LLC, Transfer: By written agreement.

Date of Creation:    2020

Date of Publication:
                     2020-04-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Eve Nevada, LLC, employer for hire; Domicile: United
                        States. Authorship: entire motion picture.

Previous Registration:
                     PAu003943693.

Pre-existing Material:
                     script/screenplay.

Basis of Claim:      all other cinematographic material, production as a motion
                        picture.

Rights and Permissions:
                     Sarah Dunn, Voltage Pictures, 116 n robertson blvd, #200,
                        #200, Los Angeles, CA, 90048, United States, (323)
                        606-7646, sarah.dunn@voltagepictures.com

Names:               Eve Nevada, LLC
                     Voltage Holdings, LLC

================================================================================
```



The Library has opened access to some reading rooms by appointment only. **More**. Library buildings otherwise remain closed to the public. **More**.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PAu003953148
Search Results: Displaying 1 of 1 entries

### *Extremely Wicked, Shockingly Evil and Vile.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PAu003953148 / 2019-01-25 |
| **Application Title:** | Extremely Wicked, Shockingly Evil and Vile. |
| **Title:** | Extremely Wicked, Shockingly Evil and Vile. |
| **Description:** | Blu-ray disc. |
| **Copyright Claimant:** | Wicked Nevada LLC. Address: 401 Ryland St STE 200A, Reno, NV, 89502. |
| **Date of Creation:** | 2018 |
| **Authorship on Application:** | Wicked Nevada LLC, employer for hire; Citizenship: United States. Authorship: entire motion picture. |
| **Previous Registration:** | 2018, PAu 3-905-674. |
| **Pre-existing Material:** | preexisting footage, preexisting photograph(s), preexisting music. |
| **Basis of Claim:** | all other cinematographic material, production as a motion picture, revisions/additions to script, motion picture based on previously registered screenplay. |
| **Names:** | Wicked Nevada LLC |





Save, Print and Email (**Help Page**)
Select Download Format: Full Record — Format for Print/Save
Enter your email address: _____ Email

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PAu003953148 / 2019-01-25

Application Title: Extremely Wicked, Shockingly Evil and Vile.

Title:               Extremely Wicked, Shockingly Evil and Vile.

Description:         Blu-ray disc.

Copyright Claimant:
                     Wicked Nevada LLC.

Date of Creation:    2018

Authorship on Application:
                     Wicked Nevada LLC, employer for hire; Citizenship: United
                        States. Authorship: entire motion picture.

Previous Registration:
                     2018, PAu 3-905-674.

Pre-existing Material:
                     preexisting footage, preexisting photograph(s), preexisting
                        music.

Basis of Claim:      all other cinematographic material, production as a motion
                        picture, revisions/additions to script, motion picture
                        based on previously registered screenplay.

Names:               Wicked Nevada LLC

====================================================================================
```



The Library has opened access to some reading rooms by appointment only. More. Library buildings otherwise remain closed to the public. More.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PAu003905674
Search Results: Displaying 1 of 1 entries

### *Extremely Wicked, Shockingly Evil, and Vile.*

| | |
|---|---|
| **Type of Work:** | Dramatic Work and Music; or Choreography |
| **Registration Number / Date:** | PAu003905674 / 2018-01-17 |
| **Application Title:** | Extremely Wicked, Shockingly Evil, and Vile. |
| **Title:** | Extremely Wicked, Shockingly Evil, and Vile. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Wicked Nevada, LLC, Transfer: By written agreement. Address: 116 N. Robertson Blvd., Suite 200, Los Angeles, CA, 90048, United States. |
| **Date of Creation:** | 2017 |
| **Authorship on Application:** | Michael Werwie, 1981- ; Domicile: United States; Citizenship: United States. Authorship: text. |
| **Previous Registration:** | 1982, TX0000954672. |
| **Pre-existing Material:** | Derivative work of "The Phantom Prince: My Life with Ted Bundy" by Elizabeth Kloepfer under the pseudonym Elizabeth Kendall. |
| **Basis of Claim:** | text. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Werwie, Michael, 1981-<br>Wicked Nevada, LLC |



**Save, Print and Email (Help Page)**
Select Download Format: Full Record   [Format for Print/Save]
Enter your email address: _____ [Email]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

```
Type of Work:        Dramatic Work and Music; or Choreography

Registration Number / Date:
                     PAu003905674 / 2018-01-17

Application Title: Extremely Wicked, Shockingly Evil, and Vile.

Title:               Extremely Wicked, Shockingly Evil, and Vile.

Description:         Electronic file (eService)

Copyright Claimant:
                     Wicked Nevada, LLC, Transfer: By written agreement.

Date of Creation:    2017

Authorship on Application:
                     Michael Werwie, 1981-  ;  Domicile: United States;
                        Citizenship: United States. Authorship: text.

Previous Registration:
                     1982, TX0000954672.

Pre-existing Material:
                     Derivative work of "The Phantom Prince: My Life with Ted
                        Bundy" by Elizabeth Kloepfer under the pseudonym
                        Elizabeth Kendall.

Basis of Claim:      text.

Copyright Note:      C.O. correspondence.

Names:               Werwie, Michael, 1981-
                     Wicked Nevada, LLC

================================================================================
```