## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01261-SKC

Millennium Funding, Inc. *et al*,

    Plaintiffs,

v.

Sharktech *et al.*,

    Defendants.

---

**PLAINTIFFS' FIRST UNOPPOSED MOTION TO VACATE SCHEDULING/PLANNING CONFERENCE DATE**

---

Plaintiffs, by and through their counsel, move this honorable Court to vacate the scheduling/planning conference date of July 29, 2021 (as set by the Minute Order [Doc. #12] of Jun. 11, 2021) and continue the conference for at least 45 days (after the September 13, 2021).  Plaintiffs also move that the deadline for the parties to file their proposed scheduling order be continued for at least 45 days.

The Defendants filed various motions [Docs. ##17,18] including a motion to dismiss on July 12, 2021.  Accordingly, Plaintiffs respectfully submit that it would not be an effective use of this Court's valuable time to have the scheduling/planning conference until after briefing on Defendants' motions has concluded.  Therefore, Plaintiffs respectfully submit that there is good cause to vacate the scheduling conference of July 29, 2021 and continue it to a date on or after September 13, 2021.

Plaintiffs' counsel conferred with counsel for Defendants per D.C.COLO.LCivR

20-022D

7.1(a) by email on 7/16/2021 and obtained her agreement to this Motion.

DATED: Kailua-Kona, Hawaii, July 16, 2021.

/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:         kculpepper@culpepperip.com
Attorney for Plaintiffs

---

### CERTIFICATE OF SERVICE

---

I hereby certify that on the date below I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Andrea M. LaFrance     alafrance@bhfs.com, kmeade@bhfs.com, pchesson@bhfs.com

Airina Lynn Rodrigues     arodrigues@bhfs.com, kmeade@bhfs.com

DATED: Kailua-Kona, Hawaii, July 16, 2021.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Attorney for Plaintiffs

20-023W