





Sharktech Inc.
3315 E. Russel Rd. A4 #112, Las Vegas, NV 89120
Tel: 1-(844) 706-7383
Fax: 1-(702) 728-5737
sales@sharktech.net

Wire Transfer Information:

# Invoice #915473

Invoice Date: 08/25/2020
Due Date: 08/25/2020

**Invoiced To**
Private Internet Access, Inc
ATTN: Accounts Payable
5555 DTC Parkway
Suite 360
Greenwood Village, Colorado, 80111
United States

| Description | Total |
|---|---|
| Denver Xeon E3 1270V2/16GB RAM/2TB HDD - 174.128.242.242<br>System Memory: 16GB<br>Remote Management (IPMI): Included<br>RAID Hardware: OnBoard RAID (RAID 0/1/5/10)<br>RAID Configuration: No RAID<br>Secondary Drive: Available<br>Third Drive: Available<br>Fourth Drive: Available<br>Operating System: Other (specify in comments)<br>OS Build: 64bit Platform<br>Control Panel: - Choose Control Panel -<br>Server Network Accelerator: None<br>Initial IPv4 Allocation: 5 usable IPs (/29)<br>IPv6 Allocation: No<br>Basic DDoS Protection: 60Gbps / 48Mpps<br>100Gbps DDoS Protection: -- None --<br>Backup Storage: -- None -- (09/01/2020 - 09/17/2020) | $53.33 USD |
| Denver Xeon E3 1270V2/16GB RAM/2TB HDD - 174.128.242.234<br>System Memory: 16GB<br>Remote Management (IPMI): Included<br>RAID Hardware: OnBoard RAID (RAID 0/1/5/10)<br>RAID Configuration: No RAID | $53.33 USD |

**Exhibit "6"**