**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.  1:21-cv-01261-SKC**

MILLENNIUM FUNDING, INC, et al.,

       Plaintiffs,

v.

SHARKTECH, INC, et al.,

       Defendants.

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT SHARKTECH, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Sharktech, Inc. ("Defendant") and Plaintiffs Millennium Funding, Inc., Voltage Holdings, LLC, LHF Productions, Inc., Outpost Productions, Inc., After II Movie, LLC, Millennium Media, Inc., Wonder One, LLC, Hitman Two Productions, Inc., Millennium IP, Inc., I Am Wrath Productions, Inc., Killing Link Distribution, LLC, Venice PI, LLC, Rambo V Productions, Inc., MON, LLC, Nilola Productions, Inc., Bodyguard Productions, Inc., YAR Productions, Inc., Dallas Byers Club, LLC, and SF Film, LLC ("Plaintiffs" and collectively with Defendant, the "Parties"), through their respective counsel, submit this Joint Motion for Extension of Time for Defendant Sharktech, Inc. to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint ("Motion") requesting an extension of 60 days of up to and including November 29, 2021.  In support of this Motion, the Parties state as follows:

**Certificate of Compliance with D.C.COLO.LCivR 7.1(a)**: Pursuant to D.C.COLO.LCivR 7.1(a), counsel for the Parties certify that they conferred in good faith.  The

Parties agree to and join in the relief requested in this Motion.

1. The original Plaintiffs filed their Complaint on May 7, 2021 (ECF #1).

2. Defendants Sharktech, Inc. and Tim Mouhieddine Timrawi filed their Motions to Dismiss on July 12, 2021 (ECF #'s 17 and 18).

3. On July 17, 2021, Plaintiffs filed their Unopposed Motion to Vacate Scheduling/Planning Conference Date ("Motion to Vacate") (ECF #20).

4. On July 26, 2021, this Court granted Plaintiffs' Motion to Vacate (ECF #26).

5. On August 1, 2021, Plaintiffs filed their First Amended Complaint and Jury Demand ("Amended Complaint") (ECF #27).

6. Defendant Sharktech filed a Motion for Extension of Time to Respond to the Amended Complaint on August 6, 2021 (ECF #31).

7. On August 15, 2021, this Court granted Defendant's Motion for Extension to Respond to the Amended Complaint extending Defendant's deadline to respond to September 7, 2021 (ECF #39).

8. The Parties engaged in settlement negotiations and jointly filed a Joint Stipulation for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint on September 3, 2021 (ECF #41) requesting an extension for Defendant Sharktech, Inc. to file its response to the Amended Complaint of up to and including September 28, 2021.

9. The Parties have reached a settlement agreement in principle and are currently in the process of documenting the settlement terms.

10. The Parties are now requesting an extension of 60 days of up to and including November 29, 2021 for Defendant Sharktech, Inc. to file its response to the Amended Complaint

to allow the Parties time to continue drafting and documenting the settlement terms.

11. This Motion is brought in good faith by both parties and not for purposes of delay as this case has not yet been set for trial.

12. Defendant Sharktech, Inc. has requested two other extensions of time to respond to the Amended Complaint.

13. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel state that a copy of this Motion for extension of time is being served contemporaneously on Plaintiffs and Defendant Sharktech, Inc.

WHEREFORE, the Parties respectfully request that this Court grant it an extension of time to respond to the Amended Complaint of up to and including November 29, 2021.

Respectfully submitted this 23rd day of September, 2021.

*s/Laura Langberg*
Airina L. Rodrigues
Laura Langberg
Andrea M. LaFrance, #50222
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO   80202-4432
Telephone:    303-223-1100
Fax:                303-223-1111
Email:  arodrigues@bhfs.com
            llangberg@bhfs.com
            alafrance@bhfs.com

*Attorneys for Defendant Sharktech, Inc.*

*s/Kerry Steven Culpepper*
Kerry Steven Culpepper
Joshua J. Lee
CULPEPPER IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua Kona, HI 96740
Telephone: 808-464-4047
Fax: 202-204-5181
Email: kculpepper@culpepperip.com
            joshua.lee@culpepperip.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 23rd day of September, 2021, I electronically filed a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT SHARKTECH, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Kerry Steven Culpepper
Joshua J. Lee
CULPEPPER IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua Kona, HI 96740
Telephone: 808-464-4047
Fax: 202-204-5181
Email: kculpepper@culpepperip.com
   joshua.lee@culpepperip.com

*Attorneys for Plaintiffs*

                *s/Kate M. Meade*
                Kate M. Meade, Paralegal
                BROWNSTEIN HYATT FARBER SCHRECK, LLP
                410 17th Street, Suite 2200
                Denver, CO 80202
                *phone:* 303-223-1100; *fax* 303-223-1111

23159378

4