**Exhibit "6"**

**<u>SETTLEMENT & RELEASE AGREEMENT</u>**

**RE: Allegations of Copyright Infringement**
**Reference No.: 20-023UA; 21-cv-1261-SKC ("The Litigation")**
**Private Internet Access, Inc. ("PIA") and Owners/Beneficial Owners of Motion Pictures ("Owners") shown in Schedule "A" and below:**

| MOTION PICTURES/TRADEMARK | PARENT/CONTROLLING ENTITY |
|---|---|
| Homefront; Before I go To Sleep; Criminal; London Has Fallen; Automata; Survivor; The Humbling; Septembers of Shiraz; The Mechanic: Resurrection; Hitman's Bodyguard; Hunter Killer; Boyka: Undisputed IV; The Bleeder FKA chuck; Stoic fka Acts of Vengeance; Day of the Dead; Hellboy; Rambo 5; Leatherface; Angel Has Fallen; The Outpost | MILLENNIUM MEDIA, INC. |
| 2nd, The; Adam; After We Collided; Armed Response; Ava (fka Eve); Bedeviled; Birdcatcher, The; Boo!; Burning At Both Ends; Burying the Ex; Charlie Countryman, The Necessary Death of; Cobbler, The; Colossal; Company you Keep, The; Cruel Peter; Dallas Buyers Club; Distorted; Disturbing the Peace; Don Jon; Elizabeth Harvest; Escape Room; Extremely Wicked Shockingly Evil; Family Man, A f/k/a Headhunter's Calling, The; Fathers & Daughters; Fun Mom Dinner; Good Kids; Good Kill; Haunting of Sharon Tate, The; Her Smell; Hurt Locker, The; I Feel Pretty; I.T.; Keep Watching; Killer Joe; Lady Bloodfight; LBJ; Look Away; Mermaid's Tale, A; Midnight Man; Murder of Nicole Brown Simpson, The; Once Upon A Time in Venice f/k/a Going Under; One Last Heist fka The hatton garden job; Pay the Ghost; Pony With A Broken Wing; Professor and the Madman, The; Redemption Day; Revolt f/k/a Prisoners of War; Serpent; Seventh Day, The; Singularity; SKIN; Sniper: Special Ops; Status Update; Super, The; Welcome Home; Wind River; Zero Theorem, The | VOLTAGE PICTURES, LLC. |
| I am Wrath<br>Tokarev<br>USS Indianapolis: Men of Courage<br>Vengeance: A Love Story<br>Larceny<br>Rumble | HANNIBAL PICTURES, INC. |
| Kill Chain<br>I Spit On Your Grave | CINETEL FILMS, INC. |



| | |
|---|---|
| The Last Full Measure<br>The Hurricane Heist<br>Blind<br>And So It Goes<br>Lone Survivor<br>2 Guns<br>Universal Soldier: Day of Reckoning<br>Flypaper<br>The Ledge<br>Universal Soldier: Regeneration<br>The Other Story<br>Beyond a Reasonable Doubt<br>Captivity | SCREEN MEDIA VENTURES, LLC |
| [redacted] | [redacted]. |
| [redacted] | [redacted] |
| Mr. Church | CINELOU FILMS, LLC |
| The Brass Teapot<br>Tatterdemalion aka The Lost Child | LAUNDRY FILMS, INC. |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

**THIS SETTLEMENT & RELEASE AGREEMENT** (the "**Agreement**") is entered into as of June 8, 2021 ("**Effective Date**"), by and between **Owners** and **Private Internet Access Inc, an Indiana corporation with its business adresss at 5555 DTC Parkway Suite 360 Greenwood Village, CO 80111 (PIA" which term shall also include PIA's subsidiaries and affiliates)** (collectively "**Parties**").

**RECITALS**

A. Whereas, some of the Owners have filed a lawsuit against PIA identified as 1:21-cv-01261-SKC in United States District Court for the District of Colorado based upon (a) alleged inducement of, and contribution to copyright infringement of their motion pictures ("Works") by PIA subscribers that distribute Owners' motion pictures via the BitTorrent Protocol; (b) alleged direct copyright infringement for distributing said copies of the motion pictures via the BitTorrent Protocol; and (c) alleged contribution to trademark infringement by said subscribers who distribute Owners' motion pictures using trademarks owned by Owner 42 Ventures LLC (hereinafter "Litigation"),

B. Whereas, PIA denies the allegations made by Owners and PIA argues that PIA's actions do not give rise to a claim for direct or contributory or vicarious copyright infringement and that it is and has been fully compliant as a 512(a) provider under the Digital Millennium Copyright Act and is, inter alia, afforded a legal shield against liability for copyright infringement., and

C. Whereas, in order to avoid the cost, disruption, and inconvenience of further dispute, the Parties desire to achieve an amicable settlement of as set forth below.

**NOW, THEREFORE**, in consideration of the foregoing recitals and covenants, for the good and valuable consideration of the promises and covenants contained herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties enter into the following agreement:

1. **Confidentiality (a)** [redacted] the parties shall forthwith notify the Other via their attorney in writing of such request per the Notice Section, prior to any disclosure, so that the Other may seek an appropriate protective order or take other protective measures within 10 business days of said notification. [redacted]

2. **Settlement Money.** In exchange for the consideration set forth herein, **PIA** shall pay to **Owners** the total sum of [redacted] (the "**Settlement Money**"). The Settlement Money shall be paid according to the following payment schedule (time is of the essence):

| Payment Due Date | Payment Amount |
|---|---|

| 09/21/2021 | [redacted] |
|---|---|

Allocations of Totals for Tax Purposes:

| Payment Due Date | Payment Amount |
|---|---|
| MILLENNIUM MEDIA, INC. | [redacted] |
| VOLTAGE PICTURES, LLC | [redacted] |
| HANNIBAL PICTURES, INC. | [redacted] |
| CINETEL FILMS, INC. | [redacted] |
| SCREEN MEDIA VENTURES, LLC | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| CINELOU FILMS, LLC | [redacted] |
| LAUNDRY FILMS, INC. | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

The Settlement Money shall be in the form of either (a) a check made payable to "Culpepper IP, PLLC Client Trust Fund" or (b) a wire transfer at PIA's expense to:

**Culpepper IP, PLLC Client Trust Account**

[redacted]



**Postmark date shall be considered compliance with the Settlement Payment Due Date.**

3. **No Admission of Liability and Compromise**.



4. **Mutual Releases of All Claims.**

**(a)**



**(b) Non-Release of PIA's customers and host providers.**

**(c)**





8. **Owners' Counsel's Representation**. Owners' counsel represents that he has authority to settle on behalf of the Owners. Owners' counsel also represents that this agreement resolves all possible claims all of his clients have against PIA[1].

**9. Owner's Representation.**

10. Covenant not to Sue over Future Infringements.

11. **Waiver of California Civil Code.**

1. 12. **Dismissal of Litigation.**

**13. Independent Counsel.**

**14. Legal Fees and Costs; Enforcement.** Each party shall be responsible for paying its respective legal expenses and costs incurred in connection herewith, and no monies will be exchanged except as otherwise provided for herein.

. In the event of any breach by **PIA** of any obligation, warranty or representation herein, **Owners** shall have the right to enforce the terms of and shall have the right to file claims seeking equitable remedies and damages under any and all available legal theories, including copyright infringement. In the event of any breach by **Owners** of any obligation, warranty or representation herein, **PIA** expressly reserves the right to file claims seeking equitable remedies and damages under any and all available legal theories, and to bring or assert any and all claims or defenses against Owners.



**15. Non-waiver.**

**16. Severability.**

17. **Entire Agreement.**

**18. Execution in Counterparts.**

**19. Successors and Assigns.** This Agreement shall be binding on and inure to the benefit of all successors and assigns of each of the parties hereto. However, as provided above, the benefit of this agreement shall not insure to the benefit of PIA's customers and host providers. For the avoidance of doubt, the Parties agree that the Owners can pursue any available legal remedies against said customers and host providers of PIA for *inter alia* copyright infringement occurring prior to the Effective Date of this Agreement.

20. **Jointly Drafted.**

21. **Jurisdiction and Venue:** This Settlement Agreement shall be governed by and construed in accordance with the laws of the State of Hawaii, and any disputes related to this Settlement Agreement shall be brought by in either: (1) the United States District Court for the District of Hawaii, and the parties consent to jurisdiction therein; or (2) the Hawaii State Circuit or District Court of the Third Circuit North and South Kona Division if Federal Jurisdiction is lacking. Further, the interest calculation for this agreement shall be 10 percent a year as provided in §478-2 of the Hawaii Revised Statutes in the event of a breach. However, should the Owners pursue legal remedies against customers and downstream users of PIA for *inter alia* copyright infringement occurring prior to the effective date

of this agreement or thereafter, Owners can pursue said legal remedies against said customers in different jurisdictions and/or Courts of law.

22. **On-going Cooperation and Additional Documents.** [redacted]

23. **Notices.** For Owners – Kerry S. Culpepper, 75-170 Hualalai Rd, Suite B204, Kailua Kona, HI 96740, kculpepper@culpepperip.com; For PIA - Moran Laufer 5555 DTC Parkway Suite 360 Greenwood Village, Colorado 80111, legal@privateinternetaccess.com.

24. **Recitals.** The above recitals are made a part of this agreement.

**25. Authority. Each of the undersigned signatories hereby represents and warrants that he or she has the authority to bind the entity on whose behalf he or she is signing this Agreement.**

IN WITNESS WHEREOF, this Settlement Agreement has been duly executed by the Parties hereto on the dates appearing below.

| | |
|---|---|
| Kerry S. Culpepper as to Form:<br><br>By:________________ Date:________<br><br>Title: Authorized Agent and Attorney for Owners | Moran Laufer as to Form:<br><br>By:________________ Date:________<br>Title: CFO for PIA |
| Kerry S. Culpepper For Owners<br><br>By:________________ Date:________<br>Title: Authorized Agent and Attorney for Owners | Moran Laufer for PIA<br><br>By:________________ Date:________<br>Title: Authorized Officer of PIA |