**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01261-RM-SKC

Millennium Funding, Inc. *et al*,

    Plaintiffs,

v.

Surfshark Ltd. *et al.*,

    Defendants.

---

**UNOPPOSED JOINT MOTION REQUESTING ADDITIONAL PAGES FOR BRIEFING IN CONNECTION WITH DEFENDANT PRIVATE INTERNET ACCESS'S RULE 12(B)(6) MOTION TO DISMISS**

---

Pursuant to the Practice Standards of this Court, Defendant Private Internet Access, Inc. ("PIA") and all Plaintiffs (collectively, "the Parties") jointly and respectfully request that the Court allow PIA to submit a Rule 12(b)(6) Motion not in excess of 25 pages and to similarly allow Plaintiffs to submit a Response in opposition to PIA's motion not in excess of 25 pages. In support thereof, the Parties state as follows:

Plaintiffs filed their First Amended Complaint (the "FAC") on August 1, 2021. ECF No. 27, for the first time naming PIA as a defendant. After PIA notified Plaintiffs of its intention to file a Motion to Dismiss the FAC Pursuant to Rule 12(b)(6), counsel met and conferred on that motion in an effort to resolve or narrow the issues upon which PIA intended to move. Subsequently, Plaintiffs agreed to further amend the FAC in order to address the issues raised by PIA and PIA consented to such amendment.

On November 18, 2021, Plaintiffs filed their Second Amended Complaint (the "SAC"). Docket No. 59. Although Plaintiffs' revisions in the SAC has narrowed some of the issues upon which PIA originally intended to move, PIA's position is that the revisions did not fully resolve all of those issues. Moreover, Plaintiffs also added several new causes of action against PIA to the case. Pursuant to a stipulation entered into and filed by the parties on November 22, 2021 (Docket No. 64), PIA's time to answer or move in response to the SAC is December 23, 2021.

Plaintiffs' SAC contains two different claims of contributory copyright infringement, as well as claims of direct copyright infringement, vicarious copyright infringement, violations of the Digital Millennium Copyright Act, and breach of contract. The SAC now comprises 447 numbered paragraphs and 262 pages, including exhibits. PIA believes it has grounds to dismiss at least the direct infringement, DMCA, and breach of contract claims. Plaintiffs respectfully disagree, and the Parties look forward to the opportunity to address these issues with the Court.

PIA's position is that given the number of claims and the remedies sought, and in order to address Plaintiffs' claims in an appropriately fulsome manner PIA will require additional pages beyond the 15 currently allowed by the Court. For example, PIA intends to argue that Plaintiffs' copyright infringement claims are futile because they do not and cannot allege that copies of Plaintiffs' works were fixed by PIA, or that PIA acted volitionally in creating any copies of Plaintiffs' works – arguments which will require a thorough examination of the law in the area. PIA also intends to assert that the Plaintiffs' DMCA claims should be dismissed, for entirely different reasons. Plaintiffs' breach of contract claims require similarly separate discussion as well.

The Parties jointly believe that the interest of justice are best served by allowing both sides an adequate opportunity to bring, and respond to, these arguments. The Parties have agreed that

25 pages would be sufficient for both the PIA's Motion and the Plaintiffs' Response, and respectfully request that the Court enter an order to that effect.

In conclusion, the Parties respectfully request that the Court allow PIA to file a Rule 12(b)(6) Motion to Dismiss not in excess of 25 pages and Plaintiffs to file a Response in opposition of the same length.

Respectfully submitted this 8th day of December, 2021.

| | |
|---|---|
| *s/Paul Fakler*_____ <br> Paul Fakler <br> A. John P. Mancini <br> MAYER BROWN LLP <br> 1221 Avenue of the Americas <br> New York, NY 10020-1001 <br> Telephone: 212-506-2441 <br> Email: pfakler@mayerbrown.com <br>          jmancini@mayerbrown.com <br><br> *Attorneys for Defendant Private Internet Access, Inc.* | *s/Kerry Steven Culpepper*_____ <br> Kerry Steven Culpepper <br> Joshua J. Lee <br> CULPEPPER IP, LLLC <br> 75-170 Hualalai Road <br> Suite B204 <br> Kailua Kona, HI 96740 <br><br> Telephone: 808-464-4047 <br> Fax: 202-204-5181 <br> Email: kculpepper@culpepperip.com <br>          Joshua.lee@culpepperip.com <br> *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kerry Steven Culpepper
Joshua J. Lee
CULPEPPER IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua Kona, HI 96740
Telephone: 808-464-4047
Fax: 202-204-5181
Email: kculpepper@culpepperip.com
Joshua.lee@culpepperip.com


*Attorneys for Plaintiffs*

DATED: New York, New York, December 8, 2021


MAYER BROWN LLP

*s/Paul Fakler*_____
Paul Fakler
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone :212-506-2441