IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01261-SKC

Millennium Funding, Inc. et al,

    Plaintiffs,

v.

Private Internet Access, Inc. et al.,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to D.C.COLO.LAttyR 5(b) and RPC 1.16, Joshua J. Lee ("Mr. Lee") respectfully moves this honorable Court for an order permitting Mr. Lee to withdraw as counsel for Plaintiffs Millennium Funding, Inc., et al. ("Plaintiffs") in the above-captioned matter. In support, the undersigned states as follows:

1.     Mr. Lee will be ending his current employment at Culpepper IP, LLLC.

2.     Plaintiffs will continue to be represented by attorney of record Kerry S. Culpepper of Culpepper IP, LLLC.

3.     Mr. Lee has complied with the service and notification requirements of D.C.COLO.LAttyR 5(b). Mr. Lee has served the foregoing via ECF and email to all required parties. *See* Notice of Withdrawal.

4.     Pursuant to D.C.COLO.LCivR 7.1(b)(4), Mr. Lee is not required to confer with opposing counsel or unrepresented party.

5.     No party will be prejudiced or otherwise affected by Mr. Lee's withdrawal, as

20-023W

2

Plaintiffs are currently represented by counsel.

6.      The relief requested in this Motion is sought in good faith and not for the

purposes of delay.


Respectfully Submitted,

DATED: Kailua-Kona, Hawaii, Dec. 28, 2021.


/s/ Joshua J. Lee
Joshua J. Lee
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:        joshua.lee@culpepperip.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on all parties of record.

DATED: Kailua-Kona, Hawaii, December 28, 2021.

/s/ Joshua J. Lee
Joshua J. Lee

Attorney for Plaintiffs
