IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01261-RM-SKC

Millennium Funding, Inc. *et al*,

    Plaintiffs,

v.

Private Internet Access, Inc. *et al.*,

    Defendants.

---

**JOINT STIPULATION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND FOR PLAINTIFFS TO RESPOND TO EXPRESS VPN DEFENDANTS' RESPONSE**

---

Defendants EXPRESS VPN INTERNATIONAL LTD (a BVI Limited Company) and EXPRESS VPN INTERNATIONAL LTD (an Isle of Man Limited Company) ("Express VPN") and Plaintiffs MILLENIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, LHF PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., AFTER II MOVIE, LLC, MILLENNIUM MEDIA, INC., WONDER ONE, LLC, HITMAN TWO PRODUCTIONS, INC., MILLENNIUM IP, INC., I AM WRATH PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., YAR PRODUCTIONS, INC., DALLAS BUYERS CLUB, LLC, SF FILM, LLC, SCREEN MEDIA VENTURES, LLC, SPEED KILLS PRODUCTIONS, INC., LAUNDRY FILMS, INC., CINELOU FILMS, LLC, BADHOUSE STUDIOS, LLC, HANNIBAL CLASSICS INC., and JUSTICE EVERYWHERE PRODUCTIONS LLC ("Plaintiffs" and collectively with Express

VPN, the "Parties"), pursuant to D.C.COLO.LCivR 6.1, hereby file this joint stipulation for an enlargement of time up to and including March 14, 2022 for Express VPN to answer or otherwise respond to Plaintiff's Second Amended Complaint (the "Stipulation") and for a similar extension of an additional twenty-one (21) days for Plaintiffs to respond Express VPN's response, and in support state as follows:

**Certificate of Compliance with D.C.COLO.LCivR 7/1(a):**

Pursuant to D.C.COLO.LCivR 7.1(a), Counsel for Plaintiffs conferred with Express VPN's counsel, and Plaintiffs agree to Express VPN's requested enlargement, provided Plaintiffs receive a similar extension, and the Parties agree to filing this joint Stipulation.

**Case Status and Deadlines**

1.      On November 18, 2021, Plaintiffs filed a Second Amended Complaint, which added allegations and claims against Express VPN. Express VPN subsequently waived service.

2.      Pursuant to FRCP 4(d)(3), the time for Express VPN to respond to the Second Amended Complaint is February 21, 2022.

3.      In light of the volume and complexity of the allegations and claims in the Second Amended Complaint as well as the Parties' ongoing attempts to narrow or settle the dispute voluntarily, the Parties hereby stipulate to the 21-day extension allowed pursuant to D.C.COLO.LCivR 6.1(a). Pursuant to this Stipulation, Express VPN's time to answer or otherwise respond to the Second Amended Complaint will now be March 14, 2022.

4.      The Parties also hereby stipulate to an equivalent 21-day extension to the time for Plaintiffs' response to any motion to dismiss the Second Amended Complaint filed by Express VPN.

5. Pursuant to D.C.COLO.LCivR 6.1(c), the Parties are serving this joint Stipulation for enlargement contemporaneously upon their clients.

WHEREFORE, the Parties hereby stipulate to an additional twenty-one (21) days, up to and including March 14, 2022, for Express VPN to answer or otherwise respond to Plaintiffs' Second Amended Complaint and for an additional twenty-one (21) days for Plaintiffs to respond to Express VPN's answer or response.

DATED: February 2, 2022.

| | |
|---|---|
| *s/Paul Fakler* | *s/Kerry Steven Culpepper* |
| Paul Fakler | Kerry Steven Culpepper |
| A. John P. Mancini | CULPEPPER IP, LLLC |
| MAYER BROWN LLP | 75-170 Hualalai Road |
| 1221 Avenue of the Americas | Suite B204 |
| New York, NY 10020-1001 | Kailua Kona, HI 96740 |
| Telephone: 212-506-2441 | Telephone: 808-464-4047 |
| Email: pfakler@mayerbrown.com | Fax: 202-204-5181 |
| jmancini@mayebrown.com | Email: kculpepper@culpepperip.com |
| | |
| *Attorneys for Defendants Express VPN* | *Attorney for Plaintiffs* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Kerry Steven Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua Kona, HI 96740
Telephone: 808-464-4047
Fax: 202-204-5181
Email: kculpepper@culpepperip.com

*Attorney for Plaintiffs*

DATED: New York, New York, February 2, 2022

                                                                    MAYER BROWN LLP

                                                                    *s/Paul Fakler*_____
                                                                    Paul Fakler
                                                                    1221 Avenue of the Americas
                                                                    New York, NY 10020-1001
                                                                    Telephone: 212-506-2441