IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01261-RM-SKC

Millennium Funding, Inc. *et al*,

    Plaintiffs,

v.

Private Internet Access, Inc., *et al.*,

    Defendants.

---

**STIPULATION FOR DISMISSAL OF DEFENDANTS EXPRESS VPN INTERNATIONAL LTD (a BVI Limited Company) and EXPRESS VPN INTERNATIONAL LTD (an Isle of Man Limited Company) WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**

---

Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, LHF PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., AFTER II MOVIE, LLC, MILLENNIUM MEDIA, INC., WONDER ONE, LLC, HITMAN TWO PRODUCTIONS, INC., MILLENNIUM IP, INC., I AM WRATH PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., YAR PRODUCTIONS, INC., DALLAS BUYERS CLUB, LLC, SF FILM, LLC, SCREEN MEDIA VENTURES, LLC, SPEED KILLS PRODUCTIONS, INC., LAUNDRY FILMS, INC., CINELOU FILMS, LLC, BADHOUSE STUDIOS, LLC, HANNIBAL CLASSICS INC., and JUSTICE EVERYWHERE PRODUCTIONS LLC ("Plaintiffs") and Defendants EXPRESS

20-023W

VPN INTERNATIONAL LTD (a BVI Limited Company) and EXPRESS VPN INTERNATIONAL LTD (an Isle of Man Limited Company) (both ExpressVPN entities collectively referred to as "ExpressVPN"), through their counsel, hereby file this joint stipulation for dismissal with prejudice of all claims asserted herein by Plaintiffs against ExpressVPN.

Plaintiffs and ExpressVPN do not seek an award of attorney's fees and/or costs.

No claims, including any counterclaim, cross-claim, or third-party claim, would remain between Plaintiffs and ExpresVPN following dismissal.

This Stipulation has been executed by counsel for Plaintiffs and counsel for ExpressVPN.

Note that this action does not terminate the matter as claims remain against Defendant PRIVATE INTERNET ACCESS, INC.

DATED: March 12, 2022.

| | |
|---|---|
| s/ Kerry S. Culpepper<br>Kerry S. Culpepper<br>CULPEPPER IP, LLLC<br>75-170 Hualalai Road, Suite B204<br>Kailua-Kona, Hawaii 96740<br>Telephone:   (808) 464-4047<br>Facsimile:     (202) 204-5181<br>E-Mail: kculpepper@culpepperip.com<br>Attorney for Plaintiffs | _s/ Paul Fakler_____<br>Paul Fakler<br>A. John P. Mancini<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>Telephone: (212) 506-2441<br>Facsimile: (212) 849-5549<br>pfakler@mayerbrown.com<br>jmancini@mayerbrown.com<br>Attorney for Defendants |

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on the date below I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

A. John Peter Mancini     jmancini@mayerbrown.com,

4680105420@filings.docketbird.com, ajpmancini@aol.com,

jmarsala@mayerbrown.com

Paul Matthew Fakler     pfakler@mayerbrown.com,

7018781420@filings.docketbird.com, jmarsala@mayerbrown.com

DATED: Kailua-Kona, Hawaii, March 12, 2022.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Attorney for Plaintiffs

3

20-023W