IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01261-NYW-SKC

Millennium Funding, Inc. *et al*,

    Plaintiffs,

v.

Private Internet Access, Inc.

    Defendant.

---

**STIPULATION FOR DISMISSAL OF DEFENDANT PRIVATE INTERNET ACCESS, INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**

---

Plaintiffs MILLENNIUM FUNDING, INC., VOLTAGE HOLDINGS, LLC, LHF PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., AFTER II MOVIE, LLC, MILLENNIUM MEDIA, INC., WONDER ONE, LLC, HITMAN TWO PRODUCTIONS, INC., MILLENNIUM IP, INC., I AM WRATH PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, VENICE PI, LLC, RAMBO V PRODUCTIONS, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., YAR PRODUCTIONS, INC., DALLAS BUYERS CLUB, LLC, SF FILM, LLC, SCREEN MEDIA VENTURES, LLC, SPEED KILLS PRODUCTIONS, INC., LAUNDRY FILMS, INC., CINELOU FILMS, LLC, BADHOUSE STUDIOS, LLC, HANNIBAL CLASSICS INC., and JUSTICE EVERYWHERE PRODUCTIONS LLC ("Plaintiffs") and Defendant PRIVATE INTERNET ACCESS, INC. ("Defendant"), by and through their counsel, hereby file this

20-023W

joint stipulation for dismissal with prejudice of all claims asserted herein by Plaintiffs against Defendant.

Plaintiffs and Defendant do not seek an award of attorney's fees and/or costs.

No claims, including any counterclaim, cross-claim, or third-party claim, would remain between Plaintiffs and Defendant following dismissal.

This Stipulation has been executed by counsel for Plaintiffs and counsel for Defendant.

This action terminates the matter.

DATED: November 25, 2022.

| | |
|---|---|
| <u>/s/ Kerry S. Culpepper</u><br>Kerry S. Culpepper<br>CULPEPPER IP, LLLC<br>75-170 Hualalai Road, Suite B204<br>Kailua-Kona, Hawaii 96740<br>Telephone:   (808) 464-4047<br>Facsimile:    (202) 204-5181<br>E-Mail: kculpepper@culpepperip.com<br>Attorney for Plaintiffs | <u>/s/ Paul Fakler</u><br>Paul Fakler<br>A. John P. Mancini<br>Daniel M. Rosales, CO Bar No. 50662<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>Telephone: (212) 506-2441<br>Facsimile: (212) 849-5549<br>pfakler@mayerbrown.com<br>jmancini@mayerbrown.com<br>drosales@mayerbrown.com<br>Attorneys for Defendant |

20-023W

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

A. John Peter Mancini     jmancini@mayerbrown.com, 4680105420@filings.docketbird.com, ajpmancini@aol.com, jmarsala@mayerbrown.com

Paul Matthew Fakler     pfakler@mayerbrown.com, 7018781420@filings.docketbird.com, jmarsala@mayerbrown.com

Daniel M. Rosales , Jr     drosales@foxrothschild.com, drosales@mayerbrown.com, rhanshe@foxrothschild.com

DATED: Kailua-Kona, Hawaii, Nov. 25, 2022.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Attorney for Plaintiffs

3

20-023W